# Morgan Lewis

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York  10178-0600
Tel.  +1.212.309.6000
Fax: +1.212.309.6001
www.morganlewis.com

Dina R. Kaufman
+1.212.309.6137
dina.kaufman@morganlewis.com

> Application granted. Conference is adjourned from February 20, 2020 to April 20, 2020 at 11:30 a.m.
> SO ORDERED.
> Dated:  2/10/2020
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

February 10, 2020

By FedEx

Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *National Immigrant Justice Center et al v. Immigration & Customs Enforcement et al.*, 19-cv-11131-PKC

Your Honor:

I represent Plaintiffs National Immigrant Justice Center and Kathryn O. Greenberg Immigration Justice Clinic at the Benjamin N. Cardozo School of Law in the above-referenced action.

Plaintiffs have encountered several issues with service of process upon the Defendants and are attempting to correct them. Defendants have not yet appeared in the matter.

Accordingly, Plaintiffs hereby request a two-month adjournment of the initial pretrial conference scheduled for February 20, 2020 and the associated deadlines to file a joint letter and a case management order.

I would be glad to answer any questions that Your Honor may have about this matter. Thank you for your attention to this matter.

Respectfully submitted,

Dina Kaufman

Dina R. Kaufman