**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

NATIONAL IMMIGRANT JUSTICE CENTER, et al.,

        Plaintiffs,

        -against-

IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

        Defendants.

------------------------------------------------------------x

19-cv-11131 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Tuesday, January 25, 2022 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a joint status letter and proposed conference agenda by January 14, 2022.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: November 23, 2021
       New York, New York

**Ona T. Wang**
United States Magistrate Judge