**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

NATIONAL IMMIGRANT JUSTICE CENTER, et al.,

        Plaintiffs,

        -against-

IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

        Defendants.

------------------------------------------------------------x

19-cv-11131 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on January 10, 2023. Pursuant to instructions given on the record at the status conference, Defendants shall produce to Plaintiffs the first batch of previously produced documents with fewer or no redactions by **February 28, 2023**. The second batch shall be produced by **March 31, 2023**.

By March 31, 2023, the parties shall file a status letter on the issue of Plaintiffs' follow-up requests for additional documents potentially responsive to their FOIA Requests.

      **SO ORDERED.**

Dated: January 10, 2023
      New York, New York

                                       *s/ Ona T. Wang*
                                            **Ona T. Wang**
                                United States Magistrate Judge