**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
NATIONAL IMMIGRANT JUSTICE CENTER, et al., :
:
            Plaintiffs, :      19-cv-11131 (OTW)
:
     -against- :      **ORDER**
:
IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., :
:
            Defendants. :
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference on December 5, 2023. Pursuant to instructions given on the record at the conference, Defendants shall inform Plaintiffs, **by December 22, 2023**, whether Defendants will run the narrower test searches for additional documents as discussed at the conference. Defendants are further directed to produce to Plaintiffs, **no later than January 19, 2024**, the second batch of previously produced documents.

The parties are directed to file a joint status letter updating the Court on this matter **on Friday, February 2, 2024**.

       **SO ORDERED.**


Dated: December 5, 2023              _s/ Ona T. Wang_
      New York, New York               **Ona T. Wang**
                                          United States Magistrate Judge