**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

NATIONAL IMMIGRANT JUSTICE CENTER, et al.,

                 Plaintiffs,

                 -against-

IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

                 Defendants.

-------------------------------------------------------------x

:
:
:
:
:
:
:
:
:
:
:
:

19-cv-11131 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

       The Court held a status conference on May 2, 2024. Pursuant to instructions given on the record at the conference, Defendants shall produce to Plaintiffs, **no later than Friday, May 31, 2024,** the second batch of previously produced documents. The parties are directed to file a joint status letter updating the Court regarding proposed next steps **on Friday, June 14, 2024.**

       **SO ORDERED.**

                          _s/ Ona T. Wang_

Dated: May 2, 2024                        **Ona T. Wang**
      New York, New York             United States Magistrate Judge