**MEMO ENDORSED.**

**Morgan Lewis**

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0600
Tel. +1.212.309.6000
Fax: +1.212.309.6001
www.morganlewis.com

Dina R. Kaufman
+1.212.309.6137
dina.kaufman@morganlewis.com

March 28, 2025

> The Court will hold a confidential preliminary settlement conference call on **Thursday, May 8, 2025, at 3:00 p.m.** The parties are directed to call (212) 805-0260 when all counsel is on the line.
>
> **SO ORDERED.**
>
> _____
> Ona T. Wang                    Apr. 18, 2025
> U.S.M.J.

By ECF

The Honorable Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *National Immigrant Justice Center et al v. Immigration & Customs Enforcement et al.,*
      19-cv-11131-PKC

Dear Judge Wang:

We write respectfully on behalf of the parties in the above-referenced Freedom of Information Act ("FOIA") matter, pursuant to the Court's Order dated February 20, 2025 (Dkt. No. 120), to provide a joint status update.

As previously reported, Plaintiffs and Defendants have resolved the two outstanding issues reported previously and will not require the Court's assistance with them. In addition, Plaintiffs and Defendants are hopeful that they will resolve this case without the need to file dispositive motions and have worked toward that goal since September 5, 2024.

However, the parties are at an impasse concerning the complete resolution of the case.

Plaintiffs' Position

Plaintiffs sent a settlement proposal to Defendants on November 7, 2024 and almost five months later, Defendants have not substantively responded. Plaintiffs request a status conference in order to request that the Court to set a briefing schedule for the outstanding issues.

Defendants' Position

Defendants acknowledge their delay in providing a counter-proposal regarding attorney's fees, which has been due to a number of factors, including changes in agency counsel and personnel needed to consult and approve any counter-proposal; exigent docket demands that have arisen in recent months; and two medical procedures that counsel for Defendants has undergone this year, and associated recovery time. The undersigned apologizes for this delay. Defendants have made progress in preparing a counter-proposal, and believe that they will be able to provide it to Plaintiffs next week. Defendants propose filing a confirmation letter with the Court no later than Friday, April 4, 2025, of this counter-proposal. If they have not made a counter-proposal by that date, Defendants agree that a status conference with the Court would be helpful.

DB1/ 156394767.2

Hon. Ona T. Wang
March 28, 2025
Page 2

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Dina R. Kaufman*
Joshua Dorchak
Dina R. Kaufman

cc (via ECF):  All counsel of record

DB1/ 156394767.2