**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
NATIONAL IMMIGRANT JUSTICE CENTER, et
al.,

                      Plaintiffs,

                  -against-

IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

                    Defendants.
---------------------------------------------------------------x

:
:
:
:
:
:
:
:
:
:
:
:
:
:

19-CV-11131 (OTW)

**ORDER**

        **ONA T. WANG**, **United States Magistrate Judge**:

        In light of the stipulation of voluntary dismissal (ECF 130), the Clerk of Court is

respectfully directed to close the case.


        **SO ORDERED.**


                                              */s/  Ona T. Wang*

Dated: November 13, 2025                **Ona T. Wang**
       New York, New York         United States Magistrate Judge